ACCEPTED
15-24-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 2:29 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00132-CV

IN THE COURT OF APPEALS FOR THE
FIFTEENTH JUDICIAL DISTRICT OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 2:29:48 PM
CHRISTOPHER A. PRINE
Clerk

AIRW 2017-7, L.P.; 600 WESTINGHOUSE INVESTMENTS, LLC; 800
WESTINGHOUSE INVESTMENTS, LLC; TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY; AND JONAH WATER SPECIAL UTILITY DISTRICT,

*Appellants,*

*v.*

CITY OF GEORGETOWN,

*Appellee.*

On Appeal from the 261st District Court of Travis
County, Texas, Cause No. D-1-GN-23-001004

UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEFS

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants, the Texas Commission on Environmental Quality (Commission); AIRW 2017-7, L.P.; 600 Westinghouse Investments, LLC; 800 Westinghouse Investments, LLC (AIRW); and Jonah Water Special Utility District (Jonah) jointly move for extension of time to file their respective reply briefs. Reply briefs are currently due August 11, 2025. The new due date would be September 19, 2025. This is the first request

for an extension for this filing. Appellees do not oppose this 39-day extension.

### BASES FOR THE EXTENSION OF TIME

1. Counsel for Appellants seek additional time to more fully prepare their respective briefs and seek additional time to prepare briefs more helpful to the Court.

In addition to this reply brief on the merits, counsel for the Commission have the following conflicts:

- Preparation of a Response to the petition for review due August 18, 2025, in *John W. Mabee v. HR Martin County Landfill, LLC and the Railroad Commission of Texas*, Cause No. 25-0077

- Ongoing mediation and hearing preparation for hearing scheduled the week of September 29, 2025, in *State of Texas v. State of New Mexico and State of Colorado*; No. 141, Original Action in the United States Supreme Court.

2. Appellants AIRW and Jonah also join in this motion to ensure uniformity of briefing dates.

3. This request is not sought for purposes of delay but so that counsel may have adequate time to provide a full response to the Court.

## PRAYER

For these reasons, Appellants respectfully request that the Court grant this motion to extend the time for filing Appellant briefs until September 19, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

AARON L. NIELSON
Solicitor General

WILLIAM F. COLE
Principal Deputy Solicitor General

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

SARA J. FERRIS
Assistant Attorney General
State Bar No. 50511915
Sara.Ferris@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC-066)
Austin, Texas 78711-2548
(512) 463-2012
(512) 320-0911 (Fax)

***Attorneys for Texas Commission on Environmental Quality***

*/s/ Erin R. Selvera (with permission)*
John J. Carlton
john@carltonlawaustin.com
Kelli A. N. Carlton
kelli@carltonlawaustin.com
Erin R. Selvera

erin@carltonlawaustin.com
Michael Parsons
michael@carltonlawaustin.com
THE CARLTON LAW FIRM, PLLC
4301 Westbank Dr., Suite B130
Austin, TX 78746-6568

***Attorneys for Jonah Water Special District***

<u>*/s/ Andrew B. Davis (with permission)*</u>
Andrew B. Davis
andrew@lkcfirm.com
William T. Thompson
will@lkcfirm.com
Todd Disher
todd@lkcfirm.com
LEHOTSKY KELLER COHN, LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701

Helen S. Gilbert
hgilbert@bartonbensonjones.com
BARTON BENSON JONES, PLLC
7000 N. MoPac Expwy, Suite 200
Austin, TX 78731

Edmond McCarthy
Ed@ermlawfirm.com
MCCARTHY & MCCARTHY, LLP
1122 Colorado St., Suite 2399
Austin, TX 78701

***Attorneys for AIRW 2017-7, L.P., 600 Westinghouse Investments, LLC, And 800 Westinghouse Investments, LLC***

**CERTIFICATE OF CONFERENCE**

On August 4, 2025, counsel for Appellants the Commission, AIRW, and Jonah exchanged emails with counsel for Appellee City of Georgetown. Counsel for Appellees indicated they did not oppose this extension.

*/s/ Sara J. Ferris*
SARA J. FERRIS

**CERTIFICATE OF SERVICE**

On August 5, 2025, a true and correct copy of the ***Joint Motion for Extension of Time to File Reply Briefs*** was served upon the following counsel of record by email or the Court's electronic filing manager:

William A. Faulk, III
cfaulk@spencerfane.com
Carlota Hopkins-Baul
chbaul@spencerfane.com
Maris M. Chambers
mchambers@spencerfane.com
SPENCER FANE, LLP
816 Congress Ave., Suite 1200
Austin, TX 78701

Patricia Erlinger Carls
tcarls@tcarlslaw.com
LAW OFFICE OF PATRICIA
ERLINGER CARLS
3100 Glenview Ave.
Austin, TX 78703

***Attorneys for City of Georgetown, TX***

*/s/ Sara J. Ferris*
SARA J. FERRIS

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Colton Halter on behalf of Sara Ferris
Bar No. 50511915
colton.halter@oag.texas.gov
Envelope ID: 103997560
Filing Code Description: Motion
Filing Description: Unopposed Joint Motion for Extension of Time to File Briefs
Status as of 8/5/2025 2:33 PM CST

Associated Case Party: City of Georgetown

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patricia Carls | 3813425 | tcarls@tcarlslaw.com | 8/5/2025 2:29:48 PM | SENT |
| Carlota Hopinks-Baul | 24094039 | chbaul@spencerfane.com | 8/5/2025 2:29:48 PM | SENT |
| Skye Masson | | Skye.Masson@georgetowntexas.gov | 8/5/2025 2:29:48 PM | SENT |
| Kelsey Parker | | kparker@spencerfane.com | 8/5/2025 2:29:48 PM | SENT |
| Maris Chambers | | MChambers@spencerfane.com | 8/5/2025 2:29:48 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Thompson | 24088531 | will@lkcfirm.com | 8/5/2025 2:29:48 PM | SENT |
| Edmond McCarthy | 13367200 | ed@ermlawfirm.com | 8/5/2025 2:29:48 PM | SENT |
| William Faulk | 24075674 | cfaulk@spencerfane.com | 8/5/2025 2:29:48 PM | SENT |
| John Carlton | 3817600 | john@carltonlawaustin.com | 8/5/2025 2:29:48 PM | SENT |
| Michael Parsons | 24079109 | michael@carltonlawaustin.com | 8/5/2025 2:29:48 PM | SENT |
| Helen Gilbert | 786263 | hgilbert@bartonbensonjones.com | 8/5/2025 2:29:48 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 8/5/2025 2:29:48 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 8/5/2025 2:29:48 PM | SENT |
| Kelli Carlton | | kelli@carltonlawfirm.com | 8/5/2025 2:29:48 PM | SENT |
| Erin Selvera | | erin@carltonlawfirm.com | 8/5/2025 2:29:48 PM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Colton Halter on behalf of Sara Ferris
Bar No. 50511915
colton.halter@oag.texas.gov
Envelope ID: 103997560
Filing Code Description: Motion
Filing Description: Unopposed Joint Motion for Extension of Time to File Briefs
Status as of 8/5/2025 2:33 PM CST

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kellie E.Billings-Ray | | Kellie.Billings-Ray@oag.texas.gov | 8/5/2025 2:29:48 PM | SENT |
| Erin  K.Snody | | Erin.Snody@oag.texas.gov | 8/5/2025 2:29:48 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 8/5/2025 2:29:48 PM | SENT |
| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 8/5/2025 2:29:48 PM | ERROR |
| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 8/5/2025 2:29:48 PM | SENT |
| Evan Greene | | evan.greene@oag.texas.gov | 8/5/2025 2:29:48 PM | SENT |

Associated Case Party: AIRW 2017-7, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Davis | | andrew@lkcfirm.com | 8/5/2025 2:29:48 PM | SENT |

Associated Case Party: AIRW 2017-7, L.P.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Yahaira De Lara | | ydelara@bartonbensonjones.com | 8/5/2025 2:29:48 PM | SENT |
| Michael Cotton | | michael@lkcfirm.com | 8/5/2025 2:29:48 PM | SENT |

Associated Case Party: Jonah Water Special Utility District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Carlton | | john@carltonlawfirm.com | 8/5/2025 2:29:48 PM | SENT |